UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASCOT INSURANCE COMPANY, ET AL.,

                Plaintiffs,        25-cv-493 (JGK)

    - against -                     ORDER

FLEXPORT INTERNATIONAL LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 1, 2025.

SO ORDERED.

Dated:    New York, New York
            March 18, 2025

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                     United States District Judge