UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASCOT INSURANCE COMPANY, et al,
                      Plaintiff(s)

        25 civ 493 (JGK)

     -against-

FLEXPORT INTERNATIONAL LLC,
                      Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, April 23, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                        _____
                                          JOHN G. KOELTL
                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 16, 2025