UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASCOT INSURANCE COMPANY, et al.,

                                      Plaintiffs,

    -against-

FLEXPORT INTERNATIONAL LLC,

                                      Defendant.

-----------------------------------------------------------------X

25-CV-493 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update, informing the Court on the progress of discovery, by **August 18, 2025**.

                **SO ORDERED.**

DATED:     New York, New York
                 August 11, 2025

                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2025