UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASCOT INSURANCE COMPANY, et al.,

                             **Plaintiffs,**

    -against-

FLEXPORT INTERNATIONAL LLC,

                             **Defendant.**

-----------------------------------------------------------------X

**25-CV-493 (JHR) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On August 13, 2025, the parties filed a letter indicating that they reached a settlement in principle. The parties are directed to file a joint status update by **September 29, 2025**, if a stipulation of dismissal is not filed before that date.

        **SO ORDERED.**

DATED:    New York, New York
              August 28, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge