UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASCOT INSURANCE COMPANY, et al.,

                            Plaintiffs,                    **25-CV-493 (JHR) (VF)**

      -against-                                    **ORDER**

FLEXPORT INTERNATIONAL LLC,

                            Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 13, 2025, the parties filed a letter indicating that they reached a settlement in principle. ECF No. 46. The parties were directed to file a joint status update by September 29, 2025, if a stipulation of dismissal was not filed before that date. ECF No. 47. No joint status update or stipulation of dismissal was filed. The parties are ordered to file a joint status update by **October 17, 2025.**

              **SO ORDERED.**

DATED:     New York, New York
                October 3, 2025

                                                           _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge